IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCESCA MELGAR-MAESE,

    Plaintiff,

v.                                                               No. 2:20-cv-0180 KRS/SMV

MONSANTO COMPANY,

    Defendant.

### ORDER SETTING TRIAL SCHEDULING CONFERENCE

    **THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court will set a telephonic conference for **September 16, 2020 at 9:30 a.m**. to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

_____  
KEVIN R. SWEAZEA  
UNITED STATES MAGISTRATE JUDGE
