# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FRANCESCA MELGAR-MAESE,

    Plaintiff,

v.                                                                                                No. 2:20-cv-0180 KRS/SMV

MONSANTO COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal With Prejudice, (Doc. 32), filed March 12, 2021.

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, and each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE
                                                Presiding by Consent